# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

DONALD PAUL NEEDHAM,

        Petitioner,      :      Case No. 1:22-cv-547

- vs -                            District Judge Michael R. Barrett
                                       Magistrate Judge Michael R. Merz

TIMOTHY TEPE,

                                         :

        Respondent.

## DECISION AND ORDER

This habeas corpus case is before the Court upon the following filings:

1. Notice of Assignment of Magistrate (ECF No. 4);

2. Notice of Assignment of Magistrate (ECF No. 5);

3. Acknowledgement of Services (ECF No. 6);

4. Acknowledgement of Service (ECF No. 7);

5. Notice: Proof of Service (ECF No. 8);

6. Motion for Default Judgment (ECF No. 9); and

7. Notice: Memorandum of Decision (ECF No. 10).

Each of the above documents is STRICKEN for the following reasons:

Only a District Judge of this Court is authorized to refer a case to a Magistrate Judge of this Court. The two Notices of Assignment (ECF Nos. 4 and 5) purport to assign/refer the case to

Donald ANU Tiamat who is not a Magistrate Judge of this Court. Further, they purport to be signed by the same person, who is not a District Judge of this Court.

The purported Acknowledgements of Service of Process and Proof of Service (ECF No. 8) are plainly fraudulent because no process has been issued in this case. The Memorandum of Decision (ECF No. 10) purports to be a decision of this Court; it is also plainly fraduluent because this Court did not issue it. ECF No. 9 was docketed by the Clerk as a Motion for Default Judgment, but purports on its face to be an actual default judgment which it is not.

The docket of a United States District Court is not the dumping ground for a person who files papers which bear no rational relationship to any properly pleaded claim in the name of an ancient Near Eastern goddess. Accordingly, the Clerk is prohibited from filing any further documents tendered by Petitioner without prior court permission. Any additional papers Petitioner desires to file in this case must be attached to a motion for leave to file. If the Court grants permission to file, the permitted documents will then be detached and separately docketed.

October 13, 2022.

s/ *Michael R. Merz*<br>United States Magistrate Judge

Copies: Christine Bono, Scott Miller, Jeffrey Garey